|  |
|---|
| **FILED** |
| May 6, 2011 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |
| DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                       )      Case No. MAG. 11-0130-EFB
        Plaintiff, )
v. )
                                       )      ORDER FOR RELEASE OF
RAMIRO LOPEZ, )      PERSON IN CUSTODY
        Defendant. )
_____ )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release RAMIRO LOPEZ, Case No. MAG. 11-0130-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___     Release on Personal Recognizance

     _X_     Bail Posted in the Sum of: $25,000.00

           _X_     Co-Signed Unsecured Appearance Bond

           ___ Secured Appearance Bond

           _X_     (Other) Conditions as stated on the record.

           _X_     (Other) Unsecured bond paperwork to be filed by 05/13/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

           Issued at  Sacramento, CA  on  05-06-11  at  3:00 p.m.

                                                                               By    /s/ Edmund F. Brennan
                                                                                     Edmund F. Brennan
                                                                                     United States Magistrate Judge